AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
5/25/2021

AUSA Aaron R. Bond (312) 353-5300
AUSA Brian Kerwin (312) 353-5300

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ULISES AVINA, a/k/a "Chapo"
ANTONIO SEGURA, a/k/a "Lu Lu"
YARNELL ALLEN,
OSCAR BALDERAMA, a/k/a "Spider" and
RAFAEL MEDELLIN JR., a/k/a "Rafa"

**21 CR 336**

CASE NUMBER:
**UNDER SEAL**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

Beginning on or about February 15, 2020, and continuing until on or about February 18, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, defendants ANTONIO SEGURA and OSCAR BALDERAMA violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 846, 841(a)(1) | Did conspire with each other and with others known and unknown to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance. |

### COUNT TWO

On or about February 18, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant ULISES AVINA violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) | Did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and |

substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

## COUNT THREE

On or about February 18, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant RAFAEL MEDELLIN, JR. violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841, 846 | Did attempt to knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance. |

## COUNT FOUR

On or about April 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant ANTONIO SEGURA violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | knowingly and intentionally distributed a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance |

## COUNT FIVE

On or about April 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant YARNELL ALLEN violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance |

This criminal complaint is based upon these facts:

   __X__  Continued on the attached sheet.

DANIEL NAGY, Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing by telephone.

Date: May 25, 2021

*Judge's signature*

City and state: Chicago, Illinois

SUSAN E. COX, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Ss

## AFFIDAVIT

I, DANIEL NAGY, being duly sworn, state as follows:

1.     I am a Special Agent with Homeland Security Investigations (HSI). I have been so employed since approximately February 2006. As part of my duties as a HSI Special Agent, I investigate criminal violations relating to narcotics trafficking offenses, including criminal violations of the Federal Controlled Substance laws, including, but not limited to Title 18, United States Code, Sections 1956, and 1957, and Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage and importation of controlled substances.

2.     This affidavit is submitted in support of a criminal complaint alleging that:

(1)     Beginning on or about February 12, 2020 and continuing until on or about February 18, 2020, ANTONIO SEGURA and OSCAR BALDERAMA conspired with each other and with others known and unknown to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846;

(2)     On or about February 18, 2020, ULISES AVINA knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1);

(3)     On or about February 18, 2020, RAFAEL MEDELLIN, JR. attempted to knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841, 846;

(4)     On or about April 30, 2020, ANTONIO SEGURA knowingly and intentionally distributed a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); and

(5)     On or about April 30, 2020, YARNELL ALLEN knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offenses alleged in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers (LEOs), review of court-authorized wire intercepts,[1] my training and experience, and the training and experience of other law enforcement officers.

---

[1] On or about January 24, 2020, Chief Judge Rebecca R. Pallmeyer issued an order authorizing the interception of wire communications tgo and from Target Phone 12, used by SEGURA, for a period of 30 days. LEOs intercepted communications over Target Phone 12 from on or about January 24, 2020, through February 19, 2020. The transcripts of the intercepted conversations described in this Affidavit remain in draft form; to the extent quotations from the conversations are included, they are preliminary, not final. The summaries of recorded conversations in this affidavit do not include reference to all of the

## FACTS SUPPORTING PROBABLE CAUSE

4.     As further detailed below, based on intercepted calls and surveillance, from about February 15, 2020, to February 18, 2020, ANTONIO SEGURA worked together with ULISES AVINA, OSCAR BALDERAMA, and RAFAEL MEDELLIN, JR. to coordinate the attempted sale of a kilogram of cocaine to OSCAR BALDERAMA's narcotics customer, YARNELL ALLEN. Separately, on about April 30, 2020, SEGURA distributed nearly two kilograms of cocaine to ALLEN.

### A.     BALDERAMA and SEGURA Discuss Distributing Narcotics to ALLEN

5.     On or about February 15, 2020, at approximately 6:57 p.m. (call session #1785), ANTONIO SEGURA, who was using telephone number (773) 986-1273 (Target Phone 12""),[2] communicated with OSCAR BALDERAMA, who was using telephone number (773) 964-4495 (the "Balderama Phone").[3] During the call,

---

topics covered during the conversations. In certain instances, I offer my interpretations of certain recorded conversations in brackets and otherwise. My understanding of these conversations is aided by the contents and context of the conversations, my familiarity with the facts and circumstances of the investigation, my experience as a law enforcement agent, my discussions with other law enforcement agents and officers, the experience of other law enforcement agents and officers in this investigation, and other evidence developed during the course of the investigation. Some of the recorded conversations were in the Spanish language, including those between SEGURA and certain of his coconspirators, including AVINA, BALDERAMA, and MEDELLIN JR. For these conversations, I have relied on draft English translations of the conversations made by Spanish-speaking officers. The times listed for the recorded conversations are approximate.

[2] According to T-Mobile, Target Phone 12 is subscribed to ANTONIO SEGURA at 3643 Cuyler Avenue, Berwyn, Illinois, 60402. LEOs confirmed SEGURA as the user of Target Phone 12 based on: (1) a voice comparison with other intercepted calls where SEGURA was a participant, and (2) extensive surveillance. An example of such surveillance is summarized below in footnote 3.

[3] LEOs identified OSCAR BALDERAMA as the user of telephone number (773) 964-4495 based on the following: On or about February 18, 2020, between approximately 11:03 a.m. and 11:07 a.m., LEOs intercepted a series of three calls (call sessions 2129 – 2131) between

BALDERAMA stated, "Hey. The black guy [later identified as YARNELL ALLEN, as described below] said not until Tuesday. He can do it [conduct a narcotics transaction] Tuesday, man. How you doing now, bro?" SEGURA replied, "I'm dead, man." Later in the conversation, BALDERAMA stated, "Let's see how we are going to do this, man. The black guy said not until Tuesday, man." SEGURA replied, "That's fine, man." BALDERAMA stated, "So you know (unintelligible), but I just told him three. You told me three and the black guy said Tuesday." SEGURA replied, "That's fine, man. That's all I need bro, so I could make this nine [transaction for 9 ounces of narcotics], man." BALDERAMA stated, "He said that he's going to expect, you know, a good price next time and I'm like, yeah, I'm sure we will, you know?" SEGURA replied, "Nigga, bro, I'll hit him up with..." BALDERAMA interrupted, "You could front 'em, bro. I'm telling you that guy [ALLEN] is not, nigga, that guy is straight [trusted], man." SEGURA replied, "I know, man, but nobody wants to give me anything to give you some...right now, I just got a call from some guy and he said he has them [kilos of cocaine] at thirty-two [$32,000], man. That's too high, bro." BALDERAMA stated, "Nah. He's a dumbass. You know what? I just met some paisas and they have them

_____

SEGURA, using Target Phone 12, and OSCAR BALDERAMA, using telephone number (773) 964-4495. During the conversations, BALDERAMA arranged to meet SEGURA at the Meijer Express Gas Station located at 9202 S. Western Avenue in Evergreen Park, Illinois to give money to SEGURA. During the final call, (call session 2131), BALDERAMA asked SEGURA if he was at Meijer's. SEGURA replied, "Yeah. You're right in back of me." LEOs obtained a copy of Meijer's surveillance video from that same day. According to the surveillance video, about a minute after call session 2131 ended, at approximately 11:09 a.m., LEOs observed SEGURA and BALDERAMA, who were both positively identified based on their State of Illinois driver's license photographs, enter the store. SEGURA and BALDERAMA walked around the store next to each for about a minute and then exited the store together without making a purchase.

for a lot less than that." Based on my knowledge of the investigation and my training and experience, I believe BALDERAMA conveyed to SEGURA that BALDERAMA's narcotics customer (YARNELL ALLEN) would be ready to purchase additional narcotics on Tuesday, February 18, 2020.

6. On or about February 17, 2020, at approximately 10:44 a.m. (call session #1909), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, BALDERAMA asked, "Listen, can you grab an entire one [kilogram of narcotics] today?" SEGURA replied, "Yes, dude. Let me talk to this dude [later identified as RAFAEL MEDELLIN JR., as described below]." BALDERAMA stated, "Let it be good [high quality narcotics], dude." SEGURA replied, "It's okay. I got you." Based on my knowledge of the investigation and my training and experience, I believe BALDERAMA asked SEGURA to supply him with a kilogram of cocaine which BALDERAMA intended to resell to YARNELL ALLEN. Additionally, based on the intercepted call summarized below, I believe SEGURA told BALDERAMA that he would call RAFAEL MEDELLIN JR. to fill the order.

## B.    SEGURA Communicates with MEDELLIN to Fill the Order

7. At approximately 3:46 p.m. (call session #1944), SEGURA, who was using Target Phone 12, communicated with RAFAEL MEDELLIN JR."", who was using telephone number (773) 744-2046 (the "Medellin Phone").[4] During the call,

---

[4] LEOs identified RAFAEL MEDELLIN as the user of telephone number (773) 744-2046 based on the following: According to T-Mobile records, (773) 744-2046 is subscribed to "RAFAEL MEDALLIN" at 2913 W. 25th Street, Chicago, IL 60623. Further, according to Illinois Secretary of State records, MEDELLIN lists that same address on his State of Illinois

MEDELLIN asked, "What's up?" SEGURA replied, "Hey dude. I have another dude [BALDERAMA]...that wants an entire one [kilogram of cocaine], dude." MEDELLIN stated, "Okay, he [later identified as ULISES AVINA, as explained below] is going to call you soon, dude. Hopefully he will go to your house, dude. You can talk to him over there, dude." Later in the conversation, SEGURA stated, "I want to help out Chapo [AVINA] stupid, because I owe money to Chapo." MEDELLIN replied, "Oh, okay. It's that I don't have a car to go over there, dude." SEGURA stated, "Chapo says thirty-two [$32,000 per kilogram] and that is a lot, bro...tell him to give it to you for twenty-nine, five [$29,500]...because I already told those guys [BALDERAMA and his customer] thirty [$30,000] and they aren't going to pay any more." Later in the conversation, MEDELLIN asked, "Are you going to come here for that [kilogram] or how?" SEGURA replied, "First talk to Chapo and see if he wants to sell that one." MEDELLIN replied, "Alright then." Based on my knowledge of the investigation and my training and experience, I believe SEGURA asked MEDELLIN to contact his narcotics supplier, ULISES AVINA (a/k/a "Chapo"), to negotiate the purchase of a kilogram of cocaine. Further, I believe SEGURA conveyed to MEDELLIN that SEGURA had already quoted BALDERAMA a price of $30,000 for the kilogram of cocaine and therefore, SEGURA was not willing to pay more than $29,500.

---

driver's license. Moreover, based on intercepted calls over Target Phone 12, SEGURA regularly refers to the user of telephone number (773) 744-2046 as "Rafa" (a nickname for RAFA EL).

### C.   MEDELLIN Contacts AVINA to Fill the Order

8.   Analysis of the active pen register on telephone number (312) 834-1420 (Subject Phone 34)[5] revealed that on or about February 17, 2020, at approximately 3:51 p.m., Subject Phone 34, believed to be used by AVINA,[6] received an incoming call from the Medellin Phone. Based on my knowledge of the investigation, my training and experience, and the intercepted call summarized below, I believe MEDELLIN contacted AVINA to negotiate the purchase of a kilogram of cocaine.

9.   At approximately 3:53 p.m. (call session #1949), SEGURA, who was using Target Phone 12, communicated with MEDELLIN, who using the Medellin Phone. During the call, MEDELLIN stated, "Hey. He [AVINA] said yes, dude." SEGURA confirmed, "Twenty-nine, five [$29,500]?" MEDELLIN replied, "Yep." SEGURA stated, "Alright. Let me call my guy [BALDERAMA]."

10.   Between approximately 3:55 p.m. and 4:53 p.m. (call sessions #1954, 1956, 1960, 1964, 1967 and 1969), SEGURA, who was using Target Phone 12, exchanged text messages with BALDERAMA, who was using the Balderama Phone. During the conversation, SEGURA texted, "HMU [hit me up]. Got it." BALDERAMA

---

[5] On or about February 7, 2020, Chief Judge Rebecca R. Pallmeyer authorized law enforcement to install a pen register and trap and trace device, and ascertain the real-time location information of Subject Phone 34, used by AVINA, for a period of 30 days.

[6] As described in greater detail below, on or about February 18, 2020, following a traffic stop, AVINA was arrested for possession of cocaine. At that the time of his arrest, AVINA was in possession of Subject Phone 34. Further, a Spanish-speaking LEO who interviewed AVINA that day has reviewed call session #2070 (as described in paragraph 17) and, after comparing the voice on the call to AVINA's voice from his interview, identified AVINA as the other participant in the conversation (call session #2070) with SEGURA.

asked, "How much?" SEGURA texted, "31 Yoo Call me." Based on my knowledge of the investigation, my training and experience, and the intercepted call summarized above, I believe SEGURA offered to sell BALDERAMA the kilogram of cocaine that would be supplied by AVINA through MEDELLIN for $31,000, which would net SEGURA a $1,500 profit.

11.     At approximately 4:53 p.m., (call session #1971), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, SEGURA stated, "Bro, I got one, bro." BALDERAMA asked, "How much?" SEGURA replied, "Thirty-one [$31,000]." BALDERAMA replied, "Damn, dude." SEGURA stated, "Well, that's what they [AVINA & MEDELLIN] are giving it to me, dude. I'm not making no money, it's just so I could...." BALDERAMA interrupted, "And it's with the same guy [narcotics supplier] or who?" SEGURA replied, "Yes dude, it's just so I could show him [AVINA] that, you know." BALDERAMA stated, "Okay, let me call this dude." SEGURA replied, "Okay, call him [BALDERAMA's customer – YARNELL ALLEN]." BALDERAMA replied, "Okay." Based on my knowledge of the investigation, my training and experience, and the analysis of call detail records summarized below, I believe BALDERAMA told SEGURA that he intended to contact his narcotics customer (YARNELL ALLEN) to further discuss the transaction.

12.     Analysis of call detail records for the Balderama Phone revealed that on or about February 17, 2020, at approximately 4:56 p.m., an outgoing text message was sent to telephone number (773) 319-2419 ("Allen Phone 1"), believed to be used

by YARNELL ALLEN.[7] At approximately 5:01 p.m., the Balderama Phone received an incoming call from Allen Phone 1. Based on my knowledge of the investigation, my training and experience, and the intercepted call summarized below, I believe BALDERAMA contacted ALLEN to negotiate the sale of the kilogram of cocaine.

### D. SEGURA and BALDERAMA Finalize the Transaction Details

13. Between approximately 5:02 p.m. and 5:52 p.m. (call sessions #1974, 1987, 1989, and 1991), SEGURA, who was using Target Phone 12, exchanged text messages with BALDERAMA, who was using the Balderama Phone. During the conversation, BALDERAMA texted, "He [ALLEN] said yes." SEGURA replied, "Ok." BALDERAMA texted, "Tomorrow morning at 9 am." SEGURA replied, "Ok." Based on my knowledge of the investigation and my training and experience, I believe BALDERAMA conveyed SEGURA that ALLEN had agreed to purchase the kilogram

---

[7] LEOs believe that ALLEN is the user of Allen Phone 1 based on the following: On or about March 9, 2020, ALLEN utilized Allen Phone 1 to attempt to arrange a narcotics transaction with SEGURA. More specifically, at approximately 6:12 p.m., prior to an anticipated narcotics transaction between ALLEN and SEGURA, a LEO conducting surveillance in a black Kia sedan observed ALLEN, who was positively identified based on ALLEN's State of Illinois identification card photograph, exit the residence located at 2237 East 93rd Street in Chicago. At approximately the same time, (call session # 351), SEGURA placed an outgoing call on Target Phone 12 to ALLEN using Allen Phone 1. *LEOs were there?? Did they see ALLEN pick up the phone??No, the police officer thinks Allen got into his car before he answered this call.* During the conversation, SEGURA stated, "I'm on 93rd [Street]. I'm right here by the...the hospital on Yates and 93rd...I think I'm right here on your block..." ALLEN replied, "Right, but it's a mother fuckin' cop sitting here tinted out [with dark window tint]." SEGURA asked, "Where at?" ALLEN replied, "Just came out. Shit. Sitting right there on the corner from my crib. A Kia, it's a Kia sitting there tinted out." Additionally, as described in greater detail below, on or about April 30, 2020, following a traffic stop, ALLEN was arrested for possession of cocaine. During his post-arrest interview, ALLEN provided LEOs with his cell phone number: (773) 319-2419 (Allen Phone 1).

of cocaine. Additionally, I believe that SEGURA and BALDERAMA agreed to meet the following morning at 9:00 a.m. to conduct their narcotics transaction.

14. At approximately 9:06 p.m. (call session #2041), SEGURA, who was using Target Phone 12, communicated with MEDELLIN, who was using the Medellin Phone. During the call, MEDELLIN asked, "What time tomorrow will you be here by my house, man?" SEGURA asked, "What do you mean in your house?" MEDELLIN replied, "For everything." SEGURA stated, "The nine, [9 ounces] I have it right there by 63rd [Street], bro. I mean, it's up to you. Whatever, I just don't want to go by 26th street, bro...it's one of my guys [9 ounce customer]...and the big one [kilogram], I usually take it to 92nd and Kedzie, bro. It's in a warehouse, it's one of my guy's warehouse." MEDELLIN asked, "Yeah?" SEGURA replied, "It's a El Spider, man. My boy, Oscar [BALDERAMA]...he's my next-door neighbor...so that's why I am not even worried about it." MEDELLIN asked, "Alright then, so the nine [ounces] we have to go over and take it then?" SEGURA replied, "Yeah. For sure, on 63rd...you have it already?" MEDELLIN replied, "No man, but tomorrow in the morning. He [AVINA] will not come at night." SEGURA stated, "Alright, I will call this nigga right now, so we can do it in the morning...the big one [kilogram transaction] for sure in the morning. The nine [9-ounce transaction], I don't know, because he might have to go to work." MEDELLIN replied, "Alright keep me posted on when." Based on my knowledge of the investigation and my training and experience, I believe SEGURA and MEDELLIN were finalizing the details related to two different narcotics transactions that were scheduled to occur the following morning.

10

15. On or about February 18, 2020, at approximately 8:22 a.m., (call session #2059), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the conversation, BALDERAMA asked, "Are you gonna be ready this morning?" SEGURA replied, "Yeah, bro." BALDERAMA stated, "Okay man. But the latest man, let me call this guy [ALLEN] to see if he'll be there at nine-thirty [9:30 a.m.], man." SEGURA replied, "Alright, cool." BALDERAMA stated, "Let me call this guy. I'll call you right back. But you're ready, right man?" SEGURA replied, "Yes, man."

16. Analysis of call detail records for the Balderama Phone revealed that on or about February 18, 2020, at approximately 8:47 a.m., BALDERAMA placed an outgoing call to Allen Phone 1, believed to be used by ALLEN. Based on my knowledge of the investigation, my training and experience, and the intercepted call summarized above, I believe BALDERAMA contacted ALLEN to confirm the scheduled narcotics transaction.

17. At approximately 9:05 a.m. (call session #2069), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, BALDERAMA asked, "What time are you coming, dude?" SEGURA replied, "Ah...where?" BALDERAMA stated, "Over there on the 91st [Street]· at the same." SEGURA replied, "Alright, let me talk to [AVINA]." BALDERAMA replied, "Okay." Based on my knowledge of the investigation, my training and experience, and the intercepted call summarized below, I believe SEGURA told BALDERAMA that SEGURA would contact his narcotics supplier

(AVINA) and provide him with the location of the scheduled narcotics transaction (9100 South Kedzie Avenue in Evergreen Park, Illinois, as further explained below).

**E.    AVINA, SEGURA, and ALLEN Meet at a Warehouse in Chicago to Complete the Narcotics Transaction, But AVINA Only Brings Nine Ounces**

18.    Following the calls summarized above, LEOs established surveillance at both (1) a warehouse near the intersection of Kedzie Avenue and 91st Street in Evergreen Park, Illinois, and (2) at AVINA's residence located at 2719 West 23rd Place in Chicago, Illinois.

19.    At approximately 9:06 a.m. (call session #2070), SEGURA, who was using Target Phone 12, communicated with AVINA, who was using Subject Phone 34. During the call, SEGURA stated, "This son of a bitch [MEDELLIN] is not answering."[8] AVINA asked, "Who dude?" SEGURA replied, "El Rafa [MEDELLIN]." Later in the conversation, SEGURA asked, "You have one [a kilogram of cocaine] or no, dude?" AVINA replied, "Yes, dude." SEGURA stated, "I could get rid of it, dude...cash money, if you want to bring it to me right now." AVINA asked, "Do you have that [the money] ready right there, dude?" SEGURA replied, "Yes. This dude [BALDERAMA] is going to be ready, dude. This guy has cash money, so this is not a problem. This is one of my...you remember Spider [BALDERAMA], dude, from Calulo? My next-door neighbor from 26th [Street]." AVINA replied, "Yes." SEGURA stated, "That's my guy, dude. That dude is who's going to take it [kilogram of

---

[8] Between approximately 8:41 a.m. and 9:00 a.m., SEGURA placed approximately two outgoing calls from Target Phone 12 to MEDELLIN at the Medellin Phone. Both calls went unanswered.

cocaine]...we have to take it right there to 92nd and Kedzie." AVINA replied, "Okay. Yes, I'm telling you because I do have to give that [pay for the kilogram], dude." SEGURA replied, "No dude, that's cash money, cash money, it's not any borrowing or anything. It's cash, dude." AVINA responded, "Okay. Let me just...I'll call you, and right there...I'll go where you are." Based on my knowledge of the investigation and my training and experience, I believe that after confirming the narcotics transaction would be cash on delivery, AVINA agreed to deliver the kilogram of cocaine to SEGURA at their prearranged meeting location ("92nd and Kedzie").

20.    At approximately 9:08 a.m. (call session #2072), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, SEGURA asked, "Hey this is for sure, right man?" BALDERAMA replied, "Yes. It's for sure, man." SEGURA stated, "(Unintelligible) right now." BALDERAMA asked, "So then you are going to take it over there?" SEGURA replied, "Yeah, right now when it gets here, we will take it over there." BALDERAMA stated, "Okay, that's fine, man. It has to be, you know, man [high quality narcotics]." SEGURA replied, "Bro, I'm going to look at it right now." BALDERAMA stated, "Alright then." SEGURA replied, "This guy [AVINA] always has good stuff."

21.    Analysis of call detail records for the Balderama Phone revealed that on or about February 18, 2020, at approximately 9:10 a.m., BALDERAMA exchanged text messages with Allen Phone 1, believed to be used by ALLEN. Based on my knowledge of the investigation, my training and experience, and the intercepted call

summarized below, I believe BALDERAMA told ALLEN to drive to their prearranged meeting location, as further explained below.

22.     At approximately 9:55 a.m. (call session #2095), SEGURA, who was using Target Phone 12, communicated to BALDERAMA, who was using the Balderama Phone. During the call, SEGURA stated, "I was in the shower." BALDERAMA replied, "Hurry up, man. The guy [ALLEN] is on his way here. What do I tell him?" SEGURA stated, "Over there." BALDERAMA asked, "To wait for me?" SEGURA replied, "We are ready." BALDERAMA replied, "Alright come over, man."

23.     At approximately 10:02 a.m. (call session #2099), SEGURA, who was using Target Phone 12, communicated with AVINA, who was using Subject Phone 34. During the call, AVINA stated, "Wait for me over there [92nd and Kedzie] so you don't have to come over here, dude." SEGURA replied, "Ah, it's fine then. I'm going to call my guy [BALDERAMA]." AVINA replied, "Alright, I'll head that way." Based on surveillance described below, my knowledge of the investigation and my training and experience, I believe AVINA told SEGURA that he would be leaving his house shortly and would meet SEGURA at the warehouse near 92nd and Kedzie.

24.     At approximately 10:02 a.m. (call session #2102), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, SEGURA asked, "Where are you, man?" BALDERAMA replied, "On 91st [street], man." SEGURA stated, "I'm heading there now, so he could meet over there." BALDERAMA asked, "You're ready, right?" SEGURA replied, "I'm on my way that way. He [AVINA] is gonna meet me there."

BALDERAMA stated, "Alright then." SEGURA replied, "So I'm on my way there to talk to you." BALDERAMA stated, "This dude [ALLEN] is already coming. You're ready, right?" SEGURA replied, "Well, that guy [AVINA, the supplier] is on his way, too."

25.     At approximately 10:05 a.m., LEOs observed AVINA and Individual A[9] exit the residence located at 2719 West 23rd Place in Chicago and enter a 2006 silver Saturn SUV bearing Illinois license plate BN37123. LEOs observed the Saturn SUV, driven by Individual A, depart the area.

26.     Analysis of call detail records for the Balderama Phone revealed that on or about February 18, 2020, between approximately 10:07 a.m. and 10:08 a.m., BALDERAMA exchanged approximately four text messages with Allen Phone 1. The Balderama Phone then received an incoming call (at approximately 10:08 a.m.) from Allen Phone 1. Based on my knowledge of the investigation, my training and experience, and law enforcement surveillance summarized below, I believe ALLEN notified BALDERAMA that he was on his way to the meeting location.

27.     At approximately 10:12 a.m., LEOs observed SEGURA's black 2015 Chevrolet Impala bearing Illinois license plate Q616911 (Subject Vehicle 4),[10] driven

---

[9] As described in greater detail below, later that same day, LEOs conducted a traffic stop on the Saturn SUV and verified the identities of AVINA and Individual A.

[10] According to the Illinois Secretary of State databases, **Subject Vehicle 4** is registered to ANTONIO SEGURA at 2318 S. 61st Avenue, Chicago, Illinois 60604.

On or about December 16, 2019, January 28, 2020, March 11, 2020, and May 4, 2020, Chief Judge Rebecca R. Pallmeyer signed warrants and orders authorizing the installation and monitoring of a tracking device on Subject Vehicle 4

by SEGURA,[11] arrive and park in the driveway of a warehouse located at 9100 South Kedzie Avenue in Evergreen Park, Illinois. About one minute later, LEOs observed a grey Chevy Tahoe bearing Illinois license plate AP25366, driven by an unknown male, arrive and park in the same driveway as Subject Vehicle 4. LEOs observed YARNELL ALLEN[12] exit the front passenger's seat of the Tahoe.

28.     At approximately 10:27 a.m. (call session #2113), SEGURA, who was using Target Phone 12, communicated with AVINA, who was using Subject Phone 34. During the call, AVINA stated, "I'll be there in 15 minutes. I'm at 31st and Pulaski." SEGURA replied, "Alright cool." AVINA asked, "Where are we meeting?" SEGURA replied, "He [ALLEN] is already here at 91st and Kedzie…you're gonna see my car [Subject Vehicle 4]. I'm parked out here." AVINA replied, "Okay, alright then."

29.     At approximately 10:54 a.m., LEOs observed the Saturn SUV carrying AVINA arrive and park in the driveway located at 9100 South Kedzie Avenue. LEOs observed AVINA, holding a small bag, exit the front passenger's seat and shake hands with SEGURA. Moments later, LEOs observed SEGURA, AVINA, and ALLEN enter the warehouse.

30.     Approximately three minutes later, at approximately 10:58 a.m., LEOs observed SEGURA and AVINA (still holding the small bag) exit the warehouse and have a brief conversation near Subject Vehicle 4. Moments later, AVINA entered the front passenger seat of the Saturn SUV and the vehicle departed the area.

---

[11] LEOs identified SEGURA based on his State of Illinois driver's license photograph.

[12] LEOs identified ALLEN based on his State of Illinois ID photograph.

31.    At approximately 10:59 a.m. (call session #2126), SEGURA, who was using Target Phone 12, communicated with AVINA, who was using Subject Phone 34. During the call, AVINA asked, "What number [price] did you give them?" SEGURA replied, "I told him [ALLEN] 31." AVINA stated, "Ah okay. I will give it to you for 29 and a half [$29,500]." SEGURA replied, "Yeah. That's what he [BALDERAMA] told me." AVINA stated, "But you know what? I broke it [the kilo of cocaine]. It's a bit broken. Does it matter?" SEGURA replied, "I'll make it happen with him, bro." Later in the conversation, SEGURA asked, "It's not powdery [containing excessive cutting agent], right?" AVINA replied, "No." SEGURA confirmed, "It's just broken apart, right?" AVINA replied, "Uh-huh." SEGURA stated, "Alright, cool. I will tell him I broke it to check it out thoroughly, man." AVINA replied, "Alright." SEGURA stated, "Alright. I will send the address. It's by Trinity Hospital, man."

32.    Based on my knowledge of the investigation, my training and experience, and the intercepted calls summarized below, I believe AVINA arrived at the scheduled narcotics transaction with only 9 ounces of cocaine because AVINA had never met BALDERAMA or ALLEN and did not trust them, as AVINA explains in the calls below. I believe AVINA agreed to drive back to 2719 West 23rd Place to get the kilogram of cocaine SEGURA had requested. Further, I believe AVINA told SEGURA the kilogram of cocaine was broken into several pieces. I believe SEGURA confirmed the quality of the cocaine and then told AVINA that he would provide AVINA with the new meet location, near Trinity Hospital.

33. At approximately 11:00 a.m. (call session #2128), SEGURA, who was using Target Phone 12, communicated with MEDELLIN, who was using the Medellin Phone. During the call, SEGURA stated, "You are very dumb, Rafa." MEDELLIN replied, "Why man?" SEGURA stated, "This dude [AVINA] only brought me nine [ounces], man." MEDELLIN asked, "Oh, he didn't bring you the entire thing [kilogram]?" SEGURA replied, "No. Fuck, bro." MEDELLIN stated, "And what did he tell you? Yesterday, I told him the…complete one, man." SEGURA replied, "My black guy [ALLEN] is pissed, man." Later in the conversation, MEDELLIN asked, "So now what's going to happen? He's [AVINA's] going to have to go back for it [the kilogram of cocaine]?" SEGURA replied, "Well, yes man."

### F. AVINA Returns to His Residence to Retrieve the Kilogram of Cocaine

34. Based on the calls summarized above, LEOs reestablished surveillance on AVINA's residence located at 2719 West 23rd Place in Chicago.

35. At approximately 11:31 a.m., LEOs observed the Saturn SUV (driven by Individual A) arrive and double-park in front of the residence located at 2719 West 23rd Place. LEOs observed AVINA exit the front passenger seat and enter the residence.

36. At approximately the same time (11:31 a.m.) (call session #2138), SEGURA, who was using Target Phone 12, communicated with AVINA, who was using Subject Phone 34. During the call, AVINA asked, "He's going to want it, right?" SEGURA replied, "Yes, dude." AVINA asked SEGURA to send him the address to the meet location, and asked, "You know them [BALDERAMA and ALLEN] good?"

SEGURA replied, "Oh, that's my guy. My next-door neighbor, dude...I've been knowing him for all my life, bro...." Based on my knowledge of the investigation and my training and experience, I believe SEGURA was vouching for BALDERAMA's credibility and trustworthiness.

37.    At approximately 11:41 a.m., LEOs observed AVINA exit the residence carrying a box and reenter the Saturn SUV. LEOs observed Saturn SUV depart the area. Based on my knowledge of the investigation, my training and experience, and the intercepted calls summarized above, I believe AVINA retrieved a kilogram of cocaine from inside the residence located at 2719 West 23rd Place in Chicago.

38.    At approximately 11:54 a.m. (call session #2152), SEGURA, who was using Target Phone 12, communicated with AVINA, who was using Subject Phone 34. During the call, SEGURA asked, "How long before you arrive?" AVINA replied, "Like in 10-15 minutes. I'm here by the stadium." SEGURA asked, "Where are you?" AVINA replied, "Right by the Sox stadium [Guaranteed Rate Field]."

39.    At approximately 12:05 p.m. (call session #2154), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, SEGURA asked, "You said 2297 [address for the meet location], right?" BALDERAMA replied, "...2237 East 93rd." SEGURA replied, "Alright." BALDERAMA asked, "You're heading over there now?" SEGURA replied, "Yeah, I'm on my way that way." BALDERAMA stated, "Okay, I'll be there, too." SEGURA stated, "I'm over here already. I'm around, I was scoping out that thing over there." BALDERAMA replied, "Okay. That's good, bro. I'll be there right now." Based

on my knowledge of the investigation and my training and experience, I believe SEGURA was confirming the address of the new meet location near Advocate Trinity Hospital on 93rd Street in Chicago.

### G.    LEOs Seize the Kilogram of Cocaine from AVINA

40.    At approximately 12:08 p.m., LEOs conducted a traffic stop on the Saturn SUV near 401 East 95th Street in Chicago based on probable cause that AVINA was in possession of cocaine. During the traffic stop, LEOs recovered approximately one kilogram of a pressed white powdery substance (broken into several pieces) hidden inside an empty Pampers diaper box, which field-tested positive for cocaine. According to the U.S. Customs and Border Protection Laboratory, the white powdery substance weighed approximately 970.8 grams and tested positive for cocaine.

41.    Based on my training and experience, the quantity of narcotics recovered is not a user quantity of narcotics, but rather indicates that the individual in possession of the narcotics intended to distribute it to others.

42.    AVINA and Individual A were taken into custody and transported to CPD's 5th District where AVINA was interviewed. LEOs conducted a custodial search of AVINA who was found to be in possession of Subject Phone 34. After being advised of his *Miranda* rights, AVINA denied having any knowledge of the cocaine and invoked his right to counsel. Following the interview, AVINA and Individual A were released from police custody pending further investigation.

### H.   SEGURA, BALDERAMA, MEDELLIN, and AVINA Discuss the Seizure from AVINA

43.     Between approximately 12:25 p.m. and 12:40 p.m. (call sessions #2161, 2164 and 2183), SEGURA, who was using Target Phone 12, exchanged text messages with BALDERAMA, who was using the Balderama Phone. During the conversation, BALDERAMA texted, "Yo. I'm here [prearranged meet location]." SEGURA replied, "On my way!"

44.     Analysis of call detail records for the Balderama Phone revealed that on or about February 18, 2020, at approximately 12:57 p.m., BALDERAMA received an incoming call from Allen Phone 1, believed to be used by ALLEN.

45.     At approximately 1:01 p.m. (call session #2211) SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, SEGURA stated, "I was already here by the KFC man, but this guy [AVINA] isn't answering his phone. Fuck bro!"[13] BALDERAMA replied, "No way, man." SEGURA stated, "He was already on 87th [street], man." BALDERAMA asked, "For real?" SEGURA replied, "Bro, he was already on 87th, he told me he was jumping on." BALDERAMA stated, "Okay." SEGURA stated, "Alright, let me see...bro, let me keep on calling him." BALDERAMA replied, "No bullshit, man. He better not start with some nonsense, man." SEGURA stated, "Bro, he was already here, man." BALDERAMA replied, "That's what I'm saying. It seems very strange to

---

[13] Between approximately 12:24 p.m. and 12:56 p.m., SEGURA placed approximately 11 outgoing calls from Target Phone 12 to AVINA using Subject Phone 34. All of the calls went unanswered because AVINA was in police custody at the time.

me, man. What happened?" SEGURA stated, "Fuck, I told the fucker [AVINA] to bring me both of those things at the same time. Bro, he's an idiot. Let me call my other guy [MEDELLIN]. Let's see if he could call this dumbass because I don't have his girlfriend's number." BALDERAMA replied, "Okay. Let me call him [ALLEN]. Alright then." Based on my knowledge of the investigation and my training and experience, I believe SEGURA told BALDERAMA that AVINA was no longer answering his phone and that SEGURA was going to contact MEDELLIN to further discuss the situation.

46.     Immediately following this call at approximately 1:02 p.m. (call session #2212), SEGURA placed an outgoing call on Target Phone 12 to MEDELLIN using the Medellin Phone. The call went unanswered.

47.     Analysis of call detail records for the Balderama Phone revealed that on or about February 18, 2020, immediately following his call with SEGURA summarized above, between approximately 1:02 p.m. and 1:03 p.m., BALDERAMA exchanged text messages with Allen Phone 1, believed to be used by ALLEN. Based on my knowledge of the investigation and my training and experience, I believe BALDERAMA provided ALLEN with the update that BALDERAMA had received from SEGURA.

48.     Analysis of the active pen register on telephone number Subject Phone 34 revealed that on or about February 18, 2020, at approximately 1:17 p.m., Subject Phone 34, used by AVINA, received approximately two incoming calls from the Medellin Phone.

49.     About a minute later, at approximately 1:18 p.m. (call session #2225), SEGURA, who was using Target Phone 12, communicated with MEDELLIN, who was using the Medellin Phone. During the call:

a.     MEDELLIN stated, "Hey. This guy [AVINA] doesn't answer." SEGURA replied, "You neither...bro." MEDELLIN stated, "This guy doesn't answer me, man." SEGURA replied, "They just fucked me, man." Later in the conversation, SEGURA stated, "Bro, it's because these guys [BALDERAMA and ALLEN] are here already." MEDELLIN replied, "Yeah?" SEGURA stated, "And this guy has the money, man. It's cash money, man. It's all here, man." MEDELLIN stated, "Look man, what I'm saying is I can send you Zombie [unknown narcotics associate], man. He works with Martin, man." SEGURA and MEDELLIN continued to discuss an alternative source of supply to complete the narcotics transaction with BALDERAMA and ALLEN.

b.     Later in the conversation, SEGURA asked, "...So what about this guy [AVINA]? Should I forget about him?" MEDELLIN stated, "I don't know, man. I don't know, he doesn't answer you." SEGURA replied, "Well, that's your boy, nigga." MEDELLIN stated, "Well, I know. Let me see, if not, I'll pay for it. I'm fucked now." SEGURA replied, "No, it's not that I got the cash bro, it's just..." MEDELLIN interrupted, "Yeah. I know, but later." SEGURA replied, "No, it's because this guy said he was already on eighty something, on the 90/94. I'm just worried about him." MEDELLIN stated, "No, it rings, but he doesn't answer." SEGURA replied, "Hope

nothing happened to him." MEDELLIN stated, "Yeah, I know. Well, let's see, let me call him again. If not, I'll call Zombie."

c.     SEGURA replied, "Oh bro, everything was set, man. It [ALLEN's money] was all there, man...when he [AVINA] showed me the small one [nine ounces], I was like, what is that, bro?  He told me nine.  I was like, no bro." MEDELLIN replied, "No, I told him nine and a complete one. The text is there." SEGURA stated, "Son of a bitch. My guy [BALDERAMA] is yelling at me.  He's telling me what the fuck, you're playing games."

d.     Based on my knowledge of the investigation and my training and experience, I believe SEGURA and MEDELLIN were discussing AVINA's whereabouts and were considering contacting an alternative source of supply to complete the narcotics transaction with BALDERAMA and ALLEN.

50.     Between approximately 1:31 p.m. and 1:33 p.m. (call sessions #2233, 2236 and 2238), SEGURA, who was using Target Phone 12, received three text messages from the Balderama Phone. During the conversation, BALDERAMA texted, "What happened? Man bro tell me something. What do I tell him [ALLEN]"?

51.     At approximately 1:56 p.m. (call session #2263), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, BALDERAMA stated, "What's up? This guy [ALLEN] is pissed off." SEGURA replied, "I know, I know. The other guy [AVINA] isn't answering my calls, but right now they're bringing me another one [kilogram]." BALDERAMA stated, "How long is it going to be? For you to get there?" SEGURA

replied, "He's already on his way here. Let him come to my house." BALDERAMA stated, "Fuck dude! You got me like a dumbass waiting for you." SEGURA replied, "I'm arguing with people man, but the problem isn't that he didn't want it. The problem is that he isn't answering." BALDERAMA stated, "What happened with that fool [AVINA]? Did he get scared or what?" SEGURA replied, "No man, he was already on 87th and 90 [87th Street and I-90]." BALDERAMA asked, "So what the fuck happened?" SEGURA replied, "Maybe they [law enforcement] stopped him or something like that. That's what I'm thinking, bro." Based on my knowledge of the investigation and my training and experience, I believe SEGURA was trying to reassure BALDERAMA that he would still be able to fill BALDERAMA's order for a kilogram of cocaine.

52. At approximately 3:01 p.m. (call session #2290), SEGURA, who was using Target Phone 12, communicated with AVINA, who was using telephone number (312) 975-3698.[14] During the call:

a. SEGURA asked, "What happened, bro?" AVINA replied, "Hey, this is fucked. They stopped me, bro." SEGURA stated, "Don't fuck around?" AVINA replied, "Yeah, bro. They confused the [Saturn] SUV for another." SEGURA asked, "And what happened?" AVINA replied, "They took it [kilogram of cocaine] away from me, bro." SEGURA stated, "No?" AVINA replied, "They took me to the station bro,

---

[14] LEOs identified AVINA as the user of telephone number (312) 975-3698 based on a voice comparison with other intercepted calls where AVINA was a participant. Further, a Spanish-speaking LEO who interviewed AVINA earlier that day has reviewed call session 2290 and, after comparing the voice on the call to AVINA's voice from his interview, identified AVINA as the other participant in the conversation with SEGURA.

and they let me go because they made a mistake, bro. They got me out right away asking about the gun, that where was it, where was it. I even thought to myself, this dude [SEGURA] put a finger on me." SEGURA replied, "Never bro."

     b.    AVINA stated, "And they stopped me because of the gun, that where was the gun and where was the gun, that's why they let me go." SEGURA asked, "And now?" AVINA replied, "Well, it's fucked. I lost that shit now, bro." SEGURA stated, "Holy fuck bro, and I called this guy [MEDELLIN] telling him the same, bro. I was like, bro, call this guy and make sure he's alright, bro." AVINA replied, "They stopped me on 95th, bro. I was almost getting there, bro. They [law enforcement] said someone was shooting right there by the Red Line in a car exactly like the one I was in."

     c.    Later in the conversation, SEGURA asked, "But why did you go all the way to 95th, bro?" AVINA replied, "Well that's where you told me, by 95th." SEGURA stated, "No. I know, I know, but it was by 93rd and Trinity." AVINA replied, "Well, I got off the expressway by 95th and I was gonna drive that way, bro. I'll call you right back." SEGURA asked, "And they took your phones?" AVINA replied, "No, bro. I have them here, bro. The guy they called said they couldn't do anything because he fucked up."

     d.    Later in the conversation, SEGURA stated, "My black guy [ALLEN] is so pissed at me …." Later in the conversation, AVINA stated, "They took it away from me, they took it away from me, I went through a bad moment. Right away they took me out and asked me where the gun was?" SEGURA asked, "You

didn't have it hidden, bro?" AVINA replied, "No, bro. I had it out just like that, bro." SEGURA stated, "Aye bro!  Fucking Chapo, fuck bro." AVINA replied, "Let me see. Let me call Rafa [MEDELLIN], bro." Based on my knowledge of the investigation and my training and experience, I believe that AVINA contacted SEGURA and informed him that law enforcement had seized the kilogram of cocaine during a traffic stop and later released him from custody.

53.     At approximately 3:04 p.m. (call session #2291), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, SEGURA stated, "They caught him, bro." BALDERAMA replied, "Don't be a liar, bro." SEGURA stated, "I swear to God bro...right there on 95th." Later in the conversation, BALDERAMA asked, "The other dude [unknown source of supply]?" SEGURA replied, "Oh, well the other dude...yeah, he told me that we are good, bro."

54.     At approximately 3:07 p.m. (call session #2292), SEGURA, who was using Target Phone 12, communicated with BALDERAMA, who was using the Balderama Phone. During the call, SEGURA stated, "Bro, he said that they took it [kilogram of cocaine] from him. And they [law enforcement] kept on saying about a gun. And he's like, nah there's no gun." BALDERAMA asked, "They took the brick [kilogram of cocaine]?" SEGURA replied, "Yes dude." Based on my knowledge of the investigation, my training and experience, and the intercepted calls summarized above, I believe SEGURA conveyed to BALDERAMA that law enforcement had seized the kilogram of cocaine from AVINA during a traffic stop. Additionally, I believe

SEGURA told BALDERAMA that SEGURA's alternate source of supply would still be able to fill BALDERAMA's order for a kilogram of cocaine.

55.     At approximately 3:08 p.m. (call session #2295), SEGURA, who was using Target Phone 12, communicated with MEDELLIN, who was using the Medellin Phone. During the call, SEGURA stated, "He [AVINA] answered me already." MEDELLIN asked, "Did he tell you?" SEGURA replied, "Yeah, bro. Fuck, bro." MEDELLIN replied, "I told you, that's why I don't like going by where you live. It ain't shit over there, bro." Later in the conversation, SEGURA asked, "Bro, how is he not gonna have that [kilogram] hidden, bro?" MEDELLIN replied, "Well, I don't know, bro." SEGURA stated, "He said he just had it on his lap." Later in the conversation, SEGURA stated, "He thought I gave him up. I said, why would I do that, bro?" MEDELLIN replied, "Yeah, he told me that, too. He said he thought...but naw, because they were looking for a pistol. And that they let him go because they fucked up because they took him in bro, because they were looking for the pistol." SEGURA stated, "I was like nigga, why would I do that? I only owe you four...like three thousand dollars [$3,000 in narcotics proceeds]. Why would I do that, bro?" Based on my knowledge of the investigation and my training and experience, I believe SEGURA conveyed to MEDELLIN that he was surprised that AVINA hadn't hidden the kilogram of cocaine somewhere inside of the vehicle. Additionally, I believe SEGURA and MEDELLIN discussed the fact that AVINA had considered the possibility that SEGURA was cooperating with law enforcement because SEGURA owed AVINA approximately $3,000 from a previous narcotics transaction.

## II. ON OR ABOUT APRIL 30, 2020, ANTONIO SEGURA DISTRIBUTED NEARLY TWO KILOGRAMS OF COCAINE TO YARNELL ALLEN

### A. SEGURA and ALLEN Communicate About a Future Narcotics Transaction

56. On or about April 19, 2020, at approximately 11:28 a.m. (call session #3082), SEGURA, who was using Target Phone 12, communicated with ALLEN, who was using Allen Phone 1. During the call, ALLEN asked, "Damn, what's going on, man?" SEGURA replied, "Man, I talked to my guy right now. So, he told me to wait till today but I'm getting tired of waiting, bro." SEGURA then told ALLEN that he may try to get "material" [narcotics] from another source. At the end of the call, SEGURA confirmed, "You still want them two [kilograms of cocaine], right?" ALLEN replied, "Yeah." SEGURA stated, "Alright." Based on my knowledge of the investigation and my training and experience, I believe SEGURA and ALLEN were discussing a narcotics transaction for two kilograms of cocaine.

57. According to the active pen register on Target Phone 12[15] on or about April 30, 2020, between approximately 9:42 a.m. and 11:24 a.m., Target Phone 12 was in contact with Allen Phone 1, believed to be used by ALLEN, approximately three times. Based on my knowledge of the investigation and my training and experience, I believe that during these calls, ALLEN requested to purchase two kilograms of cocaine from SEGURA.

---

[15] As noted in Footnote 1, LEOs intercepted wire and electronic communications to and from Target Phone 12 between January 24, 2020 and April 28, 2020. Following the period of interception, on or about April 29, 2020, Chief Judge Rebecca R. Pallmeyer authorized the installation of a pen register and trap and trace device on Target Phone 12, believed to be used by SEGURA, for a period of 30 days.

58.     According to the active pen register on Target Phone 12, believed to be used by SEGURA, that same day, between at approximately 11:56 a.m. and 3:09 p.m., Target Phone 12 was in contact with telephone number (773) 673-7057 (Target Phone 14), believed to be used by Individual B,[16] approximately four times. Based on the proximity to the calls between Target Phone 12 and Allen Phone 1 detailed above, law enforcement surveillance conducted later that same day, my knowledge of the investigation, and my training and experience, I believe SEGURA called Individual B on Target Phone 14 and requested that Individual B resupply SEGURA with two kilograms of cocaine, which SEGURA then intended to sell to ALLEN.

59.     According to the active pen register on Target Phone 12, believed to be used by SEGURA, that same day, between approximately 3:11 p.m. and 4:04 p.m., Target Phone 12 was in contact with Allen Phone 1, believed to be used by ALLEN, approximately two times. Based on my knowledge of the investigation and my training and experience, I believe that SEGURA notified ALLEN that Individual B had agreed to supply SEGURA with two kilograms of cocaine.

---

[16] LEOs believe Individual B is the user of Target Phone 14 based on the following: On or about May 1, 2020, using a pole camera, LEOs observed Individual B standing in the backyard of the residence located at 6125 South Talman Avenue in Chicago, which based on surveillance and law enforcement databases, is the known residence for Individual B. LEOs identified Individual B based on his March 2010 CPD arrest photograph. At approximately 2:38 p.m., a LEO, familiar with the voice of Individual B, placed an outgoing call to Target Phone 14. The LEO who placed the call observed Individual B answer a cell phone in his possession. The LEO voice identified Individual B as the user of Target Phone 14 by placing the call on speaker phone and having a brief conversation with Individual B in which the LEO asked to speak to "Sam." Individual B replied, "You got the wrong number." The LEO asked, "So this isn't Sam Smith's number?" Individual B replied, "No."

60.    According to the active pen register on Target Phone 12, believed to be used by SEGURA, that same day, between approximately 4:05 p.m. and 5:14 p.m., Target Phone 12 was in contact with Target Phone 14, believed to be used by Individual B, approximately 4 times, including an incoming and outgoing phone call and an exchange of text messages. Based on the proximity to the calls between Target Phone 12 and Allen Phone 1 detailed above, law enforcement surveillance conducted later that same day, my knowledge of the investigation, and my training and experience, I believe SEGURA called and text messaged Individual B on Target Phone 14 to further discuss a narcotics transaction for two kilograms of cocaine.

61.    According to the active pen register on Target Phone 12, believed to be used by SEGURA, that same day, between approximately 5:15 p.m. and 6:16 p.m., Target Phone 12 contacted both Allen Phone 1 and Target Phone 14 multiple times. Based on my knowledge of the investigation and my training and experience, I believe that SEGURA was finalizing arrangements to conduct a narcotics transaction with ALLEN and Individual B at Individual B's residence later that evening.

**B.    SEGURA Distributes Two Kilograms of Cocaine to ALLEN in a Red Shoebox**

62.    Later that same day, at approximately 6:25 p.m., LEOs observed Subject Vehicle 4 arrive and park in front of Individual B's residence located at 6125 South Talman Avenue in Chicago. LEOs observed SEGURA exit Subject Vehicle 4 and meet with Individual B. SEGURA and Individual B then walked to the rear of the residence.

31

63. According to the active pen register on Target Phone 12, believed to be used by SEGURA, moments later, at approximately 6:26 p.m., Target Phone 12 received an incoming call from Allen Phone 1, believed to be used by ALLEN. Based on my knowledge of the investigation and my training and experience, I believe that SEGURA notified ALLEN that he was with Individual B and directed ALLEN to meet SEGURA at Individual B's residence.

64. At approximately 6:28 p.m., using a pole camera, LEOs observed a black Toyota pickup truck, bearing Illinois plate 2718368-B (Subject Vehicle 8), driven by Individual C, arrive in the alley behind Individual B's residence. LEOs observed Individual B open the property gate, allowing Subject Vehicle 8 to enter the rear parking area. Individual B then closed the property gate behind Subject Vehicle 8, opened the front passenger door and had a brief conversation with Individual C. LEOs then observed Individual B lean into Subject Vehicle 8 and then walk out of view of the camera. Approximately one minute later, LEOs observed SEGURA in the backyard of his residence carrying what looked like a red shoebox.

65. At approximately 6:33 p.m., using a pole camera, LEOs observed Individual B open the property gate, allowing Subject Vehicle 8 to depart the area.

66. According to the active pen register on Target Phone 12, believed to be used by SEGURA, that same day, at approximately 6:42 p.m., Target Phone 12 placed an outgoing call to Allen Phone 1, believed to be used by ALLEN. Based on my knowledge of the investigation and my training and experience, I believe that

SEGURA directed ALLEN to meet SEGURA in the alley behind Individual B's residence.

67. At approximately 6:43 p.m., using a pole camera, LEOs observed a gray Jeep Compass bearing Illinois plate BX61009,[17] arrive and park in the alley behind Individual B's residence. Moments later, LEOs observed SEGURA open the rear gate carrying a red shoebox and hand the red shoebox to the front-seat passenger of the grey Jeep, later determined to be YARNELL ALLEN, as described below. The grey Jeep departed the area.

### C. LEOs Seize the Red Shoebox, Containing Approximately Two Kilograms of Cocaine, from ALLEN

68. At approximately 6:52 p.m., following the commission of a traffic violation,[18] LEOs conducted a traffic stop on the grey Jeep based both on the traffic violation and probable cause that the occupants of the vehicle were in possession of narcotics. During the stop, LEOs observed a red shoebox in plain view in the rear of the vehicle, behind the driver's seat, which officers recovered. The red shoebox resembled the red shoebox that SEGURA had earlier provided to the driver of the Jeep. Inside the red shoebox were two brick-shaped objects wrapped in tape and plastic, each of which contained a pressed white powdery substance, which later field-tested positive for cocaine.

---

[17] According to the Illinois Secretary of State databases, the grey Jeep Compass is registered to Individual D.

[18] At approximately 6:46 p.m., one of the LEOs on surveillance observed the grey Jeep fail to use a turn signal 100 feet before an intersection and notified enforcement officers of the vehicle's location and direction of travel.

69.     LEOs identified the two occupants of the Jeep as Individual D (driver), and YARNELL ALLEN (front passenger). Both Individual D and ALLEN were taken into custody and transported to the CPD's 8th District Station where they were interviewed. After being advised of their *Miranda* rights, ALLEN told LEOs that he had purchased the two kilograms of cocaine for $64,000 from a middleman he knows as "Gino" (believed to be SEGURA) near 62nd Street and Talman in Chicago. However, ALLEN could not provide any additional information regarding Gino's supplier, except that the supplier was a Hispanic male. ALLEN told the LEOs that he only purchased one of the kilograms and that the second kilogram was purchased by someone else. Individual D stated that his cousin (ALLEN) had called him earlier that day and asked him for a ride. Individual D stated that he agreed to give ALLEN a ride, but never asked ALLEN where they were going. Individual D stated that ALLEN directed him where to go and upon arrival, Individual D observed a Hispanic male give ALLEN a box but denied having any knowledge of the narcotics that were seized from inside his vehicle. Following the interview, Individual D and ALLEN were released from police custody pending further investigation.

70.     According to the U.S. Customs and Border Protection Laboratory, the substance inside the first package weighed 995.34 grams and the substance inside the second package weighed 986.47 grams. Both tested positive for cocaine.

71.     Based on my training and experience, the quantity of narcotics recovered is not a user quantity of narcotics. Such quantity indicates that the individual in possession of the narcotics intended to distribute the narcotics to others.

34

72.     According to the U.S. Customs and Border Protection Laboratory, latent prints found on the tape and plastic cling wrap from the red shoebox matched a known set of SEGURA's fingerprints.

## CONCLUSION

73.     Based on the foregoing, I respectfully submit that there is probable cause to believe that (1) beginning on or about February 12, 2020 and continuing until on or about February 18, 2020, ANTONIO SEGURA and OSCAR BALDERAMA conspired with each other and with others known and unknown to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846; (2) On or about February 18, 2020, ULISES AVINA knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1); (3) On or about February 18, 2020, RAFAEL MEDELLIN, JR. attempted to knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841, 846; (4) On or about April 30, 2020, ANTONIO SEGURA knowingly and intentionally distributed a controlled substance, namely, 500 grams or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

(5) On or about April 30, 2020, YARNELL ALLEN knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER AFFIANT SAYETH NOT.

DANIEL NAGY
Special Agent, Homeland Security
Investigations

Pursuant to Fed. R. Crim. P. 4.1, this Affidavit is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Affidavit by telephone this 25th day of May, 2021

SUSAN E. COX
United States Magistrate Judge