In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

v.

**OSCAR BALDERAMA**
**Defendant.**

Case number 1:21-cr-336

Judge COX

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** OSCAR BALDERAMA

**Under seal?** ☒ Yes ☐ No

**Defendant number** 4

**Representation type** CC

**Type of person represented** Adult

**Court order** Appointing Counsel

**Payment category** Felony

**Name of Prior Attorney** N/A

**Name of appointed attorney** James G. Vanzant

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

Holly N. Blaine
Andrew D. Finke

_[signature]_                                      5/26/2021

**Signature of Presiding Judge or by Order of the Court**          **Date**

**Nunc Pro Tunc Date:**          or ☐ None

---

## ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ Yes ☐ No
**Prior authorization approved?** ☐ Yes ☐ No ☐ Not applicable

**Signature of Presiding Judge or by Order of the Court**          **Date**

**Nunc Pro Tunc Date:**          or ☐ None

Rev. 2212019