# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|                              |   |                                  |
|------------------------------|---|----------------------------------|
| United States of America     | ) |                                  |
|                              | ) |                                  |
| vs.                          | ) | 21 CR 336-4                      |
|                              | ) |                                  |
|                              | ) | Magistrate Judge Susan E. Cox    |
| Oscar Balderama – (4)        | ) |                                  |

## ORDER

Detention hearing held. Government and Defendant agree to conditions of release. Defendant shall be released after processing. Enter Orders. Parties are to reach out to the Courtroom Deputy to schedule the preliminary examination hearing the week of June 14th.

(Time: 00:30)

ENTER:

Dated: 5/28/2021

_____
Susan E. Cox, United States Magistrate Judge