UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **United States of America**, | |
| Plaintiff, | |
| v. | No. 1:21-cr-336-4 |
| **Oscar Balderama**, | Magistrate Judge Susan E. Cox |
| Defendant. | |

## Waiver of Preliminary Hearing

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Criminal Procedure 5.1(a)(1), Defendant Oscar Balderama hereby waives his right to a preliminary hearing in this matter.

Respectfully Submitted,

/s/ James G. Vanzant
Attorney for Defendant

James G. Vanzant
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
Tel.: (312) 788-7584
E-mail: jgv@blainevanzant.com