# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                       Case No.: 1:21−cr−00336

                                                               Honorable Susan E. Cox

Oscar Balderama, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 19, 2021:

       MINUTE entry before the Honorable Susan E. Cox as to Oscar Balderama: Status hearing held. Defendant is admonished for bond violations listed in the pretrial reports. The Court warns the Defendant in Court not to violate any conditions of the bond. Defendant's bond is modified to include mental health counseling as directed by Pretrial Services. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.