UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 21 CR 336-04 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| OSCAR BALDERAMA ) | |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves that this Honorable Court dismiss the complaint in the above-captioned case against the above-captioned defendant only, without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

DATE: September 21, 2021

Respectfully submitted,

JOHN R. LAUSCH, JR.,
United States Attorney

By: *Aaron R. Bond*
Aaron R. Bond
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300