UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 21 CR 336-04 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| OSCAR BALDERAMA | ) | |

## ORDER OF DISMISSAL

A motion having been made before me by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice as to the above-named defendant only:

It is hereby ORDERED that the criminal complaint in this matter be dismissed without prejudice as to the above-named defendant only.

ENTERED:

_____
MATTHEW F. KENNELLY
United States Magistrate Judge

Dated: September 22, 2021

1